**United States District Court**
For the Northern District of California

1

2

3

4   UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

5

6   JAMES R. PRUTSMAN,

7           Plaintiff,                          No. C 12-6448 PJH

8      v.                                       **ORDER DENYING ADMINISTRATIVE**
                                                **MOTION AND SETTING SCHEDULE**
9   RUST CONSULTING, INC., et al.,              **FOR BRIEFING AND HEARING**

10          Defendants.
    _____/

11

12          Before the court is plaintiff's administrative motion requesting the court to set

13   deadlines for the opposition and reply for defendants' motion to dismiss/stay based on

14   defendants' alleged "failure to provide proper notice" of their motion.  Plaintiff argues that

15   defendants' e-filing and electronic service of their motion at 6:09pm on Friday, December

16   21, 2012 were "invalid," because they occurred "after the office of plaintiff's counsel closed

17   for the holidays."

18          Plaintiff provides no support for the argument that a motion filed, served, and noticed

19   after the closure of opposing counsel's office should be treated as invalid.  Instead, plaintiff

20   cites only to Civil Local Rule 7-2, which requires all motions to be filed, served, and noticed

21   for hearing "not less than 35 days after service of the motion."  The rule does not contain

22   any requirement that motions be filed and served before close of business.  In fact, Civil

23   Local Rule 5-1(e)(4) expressly states that "all electronic transmissions of documents must

24   be completed . . . prior to midnight in order to be considered timely filed that day."

25   Accordingly, defendants did properly file and serve their motion on December 21, 2012,

26   and plaintiff's motion is DENIED.

27          However, given the parties' confusion regarding the local rules, and given the court's

28   unavailability to hear defendants' motion on the original noticed hearing date, the court will

extend the briefing schedule in this instance.  To avoid any such confusion in the future, the parties are advised to familiarize themselves with the local rules regarding motions, briefing schedules, and filing deadlines.  Plaintiff's opposition will be due on January 10, 2013, and defendants' reply will be due on January 17, 2013.  Defendants' motion to dismiss/stay is set for hearing on February 27, 2013 at 9:00am.

**IT IS SO ORDERED.**

Dated:  January 4, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California

2